UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Sarah Stuart, et al.

       v.                                      Civil No. 16-cv-332-PB

Laconia Housing Authority, et al.


O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 27, 2017, and dismiss this action without prejudice for failure to prosecute.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    SO ORDERED.

                                               /s/ Paul Barbadoro
                                             Paul Barbadoro
                                             United States District Judge

Date: February 15, 2017

cc:  Sarah Stuart, pro se
      Cody Stuart, pro se